UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:14CR73 |
| v. | ORDER |
| (1) RANDALL NEWKIRK<br>    a/k/a OLD SCHOOL<br>(2) STANLEY EPERCIDAL HORTON<br>(3) REGINALD WILLIAM LINDSEY<br>    a/k/a BILAL<br>(4) ALICIA ODESSA RHODES<br>(5) EMMITH MARREL SNELL<br>(6) JEANETTE ARELLANO MORALES<br>(7) JUAN ORTIZ, JR.<br>(8) MARIO LOZANO<br>(9) NATHANIEL BAKER SMITH<br>(10) DAMION FRANKLIN ROBINSON<br>(11) MARTIN ROJAS-COLLINS | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and safety of law enforcement during the arrest process until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 8th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE